UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW MACLACHLAN #844474,

      Plaintiff,

                                           Case No. 1:21-cv-461

v.

                                           HONORABLE PAUL L. MALONEY

S.L. BURT, et al.,

      Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  September 19, 2023                     /s/  Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge